certiorari to the Supreme Court of Arkansas granted. *Mr. George B. Rose* for petitioners. *Messrs. Charles T. Coleman* and *Walter G. Riddick* for respondent. ■

No. 579. UNION JOINT STOCK LAND BANK OF DETROIT *v.* BYERLY. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs A. G. Masters* and *Ralph G. Martin* for petitioner. *Messrs. Elmer McClain* and *William Lemke* for respondent.

No. 597. WESTERN UNION TELEGRAPH Co. *v.* NESTER ET AL., COPARTNERS. January 29, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Francis R. Stark, Alfred Sutro, Oscar Lawler,* and *Francis R. Kirkham* for petitioner. *Mr. Earl C. Demoss* for respondents.

No. 593. PERKINS, SECRETARY, ET AL. *v.* LUKENS STEEL Co. ET AL. February 5, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia granted. *Solicitor General Jackson* for petitioners. *Messrs. William Clarke Mason, Q. Max Gardner, Frederick H. Knight, Harold F. McGuire,* and *Roberts B. Thomas* for respondents.

No. 613. UNITED STATES *v.* GEORGE S. BUSH & Co. February 5, 1940. Petition for writ of certiorari to the Court of Customs and Patent Appeals granted. *Solicitor*

*General Jackson* for the United States. *Mr. George R. Tuttle* for respondent.

No. 426. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* LEONARD. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Messrs. J. Donald Duncan* and *James B. Alley* for respondent.

No. 427. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* FULLER. February 5, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Mr. Lucius F. Robinson* for respondent.

No. 632. CANTWELL ET AL. *v.* CONNECTICUT. See *ante,* p. 626.

No. 638. APEX HOSIERY Co. *v.* LEADER ET AL. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Messrs. Sylvan H. Hirsch, Allen J. Levin, Arno P. Mowitz,* and *Stanley Folz* for petitioner. *Messrs. Isadore Katz* and *A. J. Nydick* for respondents.

No. 662. DAMPSKIBSSELSKABET DANNEBROG ET AL. *v.* SIGNAL OIL & GAS Co. February 26, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. Lane Summers, W. H.*